Raymond Babaian (State Bar No. 232486)
rb@valiantlaw.com
Kamran Shahabi (State Bar No. 276194)
ks@valiantlaw.com
VALIANT LAW
4150 Concours, Suite 260
Ontario, California 91764
Phone: 909 677 2270 ♦ Fax: 909 677 2290
Attorneys for Plaintiff, JAMES DARRYL WASHBURN

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES DARRYL WASHBURN, an individual<br><br>Plaintiff,<br><br>v.<br><br>LOS ANGELES UNIFIED SCHOOL DISTRICT; LOS ANGELES CENTER FOR ENRICHED STUDIES; LISA DEROSS, an individual; KIMBERLEY LESURE, an individual; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-04760-JFW (AGRx)<br><br>Hon. John F. Walter<br><br>**ORDER ON THE JOINT STIPULATION TO DISMISS PLAINTIFF'S FEDERAL QUESTION CAUSES OF ACTION AND REMAND TO SUPERIOR COURT**<br><br>Complaint served: May 1, 2019<br>Case Removed: May 31, 2019 |

///
///
///
///

-1-
ORDER ON THE JOINT STIPULATION TO DISMISS PLAINTIFF'S FEDERAL
QUESTION CAUSES OF ACTION AND REMAND TO SUPERIOR COURT

## ORDER

Pursuant to the Parties' Joint Stipulation, PLAINTIFF's causes of action for Retaliation in Violation of Title IX of the Education Amendments of 1972, U.S.C. §§ 1681, et seq. (Cause of Action No. 1) and Retaliation in Violation of the First Amendment to the Constitution of the United States (Cause of Action No. 3) against all DEFENDANTS are dismissed from the instant action.

As a result of the dismissal of Plaintiff's Causes of Action Nos. 1 and 3 against Defendants Los Angeles Unified School District, Lisa Deross and Kimberly Lesure, there is no longer Federal Question jurisdiction.

As such, PLAINTIFF's action is remanded to the Los Angeles Superior Court of the State of California (Case No. 19STCV14312).

**IT IS SO ORDERED.**

Date: July 1, 2019

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE